```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
YASNERIZ MOTA,                                                     :
                                                                   :
                              Plaintiff,                           :
                                                                   :            20-CV-7294 (JPC)
             -v-                                                   :
                                                                   :             NOTICE OF
COMMISSIONER OF SOCIAL SECURITY,                                   :            REASSIGNMENT
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan**.

SO ORDERED.

Dated: October 9, 2020  
New York, New York

_____  
JOHN P. CRONAN  
United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 10/09/2020