**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
YASNERIZ MOTA,

                      Plaintiff,

    -against-                                  20 **CIVIL** 7294 (SN)

                                                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated February 15, 2022, Mota's motion is DENIED, and the Commissioner's motion is GRANTED. The action is DISMISSED with prejudice.

**Dated:**  New York, New York

       February 15, 2022

                                                  **RUBY J. KRAJICK**

                                                   **Clerk of Court**
                       **BY:**      *K. Mango*

                                                   **Deputy Clerk**